UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**THOMAS M. HOOK,**

    Plaintiff,

v.                                              Case No.: 8:17-cv-1099-T-23AAS

**CORIZON CORRECTIONAL
HEALTHCARE, SCOTT KENNEDY,
JAMIE JEORGE,**

    Defendants.
_____/

## REPORT AND RECOMMENDATION

Before the Court is Plaintiff's Affidavit of Indigency (Doc. 2), which the undersigned construes as a motion for leave to proceed *in forma pauperis*.[1]

On July 7, 2017, upon review of Plaintiff's Complaint (Doc. 1), the undersigned deferred ruling on Plaintiff's request to proceed *in forma pauperis*. (Doc. 5). The undersigned ordered Plaintiff to file an amended complaint and notarized affidavit of indigency by July 31, 2017. (*Id.*). On July 18, 2017, the undersigned granted in part Plaintiff's Motion for Continuance (Doc. 6), and extended the deadline for Plaintiff to file an amended complaint and affidavit until August 21, 2017 (Doc. 9). Plaintiff failed to file an amended complaint and notarized affidavit.

Accordingly, and upon consideration, it is **RECOMMENDED** that:

Plaintiff's construed Motion For Leave to Proceed *In Forma Pauperis* (Doc. 2) be

---

[1] The motion has been referred to the undersigned for disposition or a Report and Recommendation. *See* 28 U.S.C. § 636(b); Local Rules 6.01(b) and (c), M.D. Fla.

1

**DENIED** and Plaintiff's Complaint (Doc. 1) be **DISMISSED**.

**DONE AND ENTERED** in Tampa, Florida on this 25th day of August, 2017.

_Amanda Arnold Sansone_
AMANDA ARNOLD SANSONE
United States Magistrate Judge

## NOTICE TO PARTIES

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of this service shall bar an aggrieved party from attacking the factual findings on appeal. *See* 28 U.S.C. § 636(b)(1).

Copies to:

Pro se Plaintiff